

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kimber Seybert, individually and on behalf of all others similarly situated

**Plaintiff,**

V.

CHLN, Inc.; Landrys, Inc.; Landrys Payroll, Inc.

**Defendant.**

Civil Action No.   20-cv-02529-H-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants Defendants' motion to compel arbitration and dismiss the action. The Court orders Plaintiff to submit her claims to arbitration on an individual basis and dismisses this action without prejudice

Date:   3/12/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Rinehart

J. Rinehart, Deputy